

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2019

No. 04-18-00491-CR

Nicolas **PENA** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2017CRF001125-D1
The Honorable Mark R. Luitjen, Judge Presiding

## O R D E R

After retained counsel substituted for appointed counsel, retained counsel moved to file an amended brief. In our January 25, 2019 order, we granted Appellant's request and set Appellant's amended brief due on February 21, 2019.

The day after the amended brief was due, retained counsel filed a letter response requesting oral argument but otherwise accepting the original brief.

Our January 25, 2019 order is satisfied. The State's brief is due on March 25, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court